**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01514-REB
(Criminal Action No. 12-cr-00096-REB-2)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

2. DANIEL SPENCER

    Defendant-Movant.

---

**AMENDED[1] FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **ORDER DISMISSING § 2255 MOTION** [#153] of Judge Robert E. Blackburn entered on December 11, 2015, it is

ORDERED that the **Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255** [#145] filed June 12, 2013, is **DENIED**; it is further

ORDERED that no certificate of appealability will issue under 28 U.S.C. § 2253(c); and it is further

ORDERED that leave to proceed *in forma pauperis* on appeal is **DENIED**.

Dated at Denver, Colorado this 15th day of December, 2015.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                    By:    s/ K. Finney
                                K. Finney
                                Deputy Clerk

---

[1] Amended to correct the date of the judgment.